# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEMEL DETANIO HANKSTON,

    Petitioner,

vs.

DWIGHT NEVENS, et al.,

    Respondents.

Case No. 2:13-cv-01601-JCM-GWF

**ORDER**

    Petitioner having submitted a motion for an enlargement of time (second request) (#10), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for an enlargement of time (second request) (#10) is **GRANTED**.  Petitioner shall have through January 16, 2015, to file and serve a first amended petition.

    DATED:  December 19, 2014.

_____
JAMES C. MAHAN
United States District Judge