## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LeMEL DETANIO HANKSTON,<br><br>　　　Petitioner,<br><br>vs.<br><br>DWIGHT NEVENS, *et al.*,<br><br>　　　Respondents.<br>_____/ | 2:13-cv-01601-JCM-GWF<br><br>**ORDER** |

　　　In this habeas corpus action, on July 10, 2015, the respondents filed a motion to dismiss (ECF No. 22), seeking dismissal of most of the claims in the second amended habeas petition of the petitioner, LeMel Detanio Hankston. Hankston's response to the motion to dismiss is due on August 12, 2015. *See* Order entered May 22, 2015 (ECF No. 19) (30 days for response to motion to dismiss); Fed. R. Civ. P. 6(d) (adding three days to the time for response to motion when motion is served by electronic means).

　　　On August 10, 2015, Hankston filed a motion for extension of time (ECF No. 23), requesting an extension of time to September 9, 2015, for his response to the motion to dismiss. That would be a 28-day extension of time. Hankston's counsel states that the extension of time is necessary because of his responsibilities in other cases. This would be the first extension of this deadline. Hankston's counsel states that respondents' counsel does not oppose the request for an extension of time.

1       The court finds that Hankston's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The court will grant Hankston's motion for extension of time.

      However, in light of the amount of time that Hankston's counsel will have had for the response to this relatively uncomplicated motion to dismiss, *the court will not look favorably upon any motion to further extend this deadline*.

      **IT IS THEREFORE ORDERED** that petitioner's Unopposed Motion for an Enlargement of Time (ECF No. 23) is **GRANTED**. Petitioner shall have until and including **September 9, 2015**, to respond to respondents' motion to dismiss (ECF No. 22).

Dated August 11, 2015.

                                               /s/ James C. Mahan
                                           UNITED STATES DISTRICT JUDGE