**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEMEL DETANIO HANKSTON,

     Petitioner,                        2:13-cv-01601-JCM-GWF

vs.

                                    **ORDER**

DWIGHT NEVENS, *et al.*,

     Respondents.

_____/

     In this habeas corpus action, the court granted the petitioner, Nevada prisoner LeMel Detanio Hankston, leave to conduct certain discovery, to wit, testing of bullet casings found at the scene of the shooting that was the subject of his conviction. *See* Order entered April 20, 2016 (ECF No. 38). On June 17, 2016, Hankston filed a status report (ECF No. 43), stating that the bullet casings were shipped to a laboratory for testing on June 10, 2016.

     **IT IS THEREFORE ORDERED** that petitioner shall have 30 days from the date of entry of this order to file a supplemental brief regarding Claim 1(4) of his second amended habeas petition. Respondents shall, thereafter, have 20 days to file a response, and petitioner shall then have 10 days to file a reply. The court will not look favorably on any motion to extend these deadlines.

Dated June 17, 2016.

                                    _____
                                    UNITED STATES DISTRICT JUDGE